UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:
ADNER A RODRIGUEZ
HEDERKA ORTIZ MEDINA

CASE NO. 07-05516-BKT

CHAPTER 13

DEBTOR(S)

TRUSTEE'S REPORT REGARDING UNCLAIMED MONEY

TO THE HONORABLE COURT:

NOW COMES Jose R. Carrion, Chapter 13 Trustee, and very respectfully alleges and prays:

1. This case had been closed as a DISMISSED AFTER CONFIRMATION case.

2. As of the date that this case was closed the below described check(s) remained unpaid after 90 days after the final distribution pursuant to 11 USC 1326.

3. In compliance with 11 USC 347(a) and Bankruptcy Rule 3011, the Trustee cancelled the below described check(s):

| CREDITOR'S NAME AND ADDRESS | CHECK NUMBER | AMOUNT |
|---|---|---|
| ADNER A RODRIGUEZ & HEDERKA ORTIZ MEDINA<br>PASEO DEL PARQUE<br>L-22 CALLE FLAMBOYAN<br>JUANA DIAZ, PR  00795 | 0529896 | $1,630.00 |

4. The Trustee issued substitute check(s) payable to the Clerk of the Bankruptcy Court in the aggregate amount of $1,630.00, which has been delivered to the Court this same date for its disposition according to Chapter 129 of Title 28.

WHEREFORE the Trustee respectfully prays that this motion be granted for the reason herein set forth.

30 DAY NOTICE AND CERTIFICATE OF SERVICE: Pursuant to BR 3007 the Chapter 13 Trustee certifies that a copy of this motion has been served by regular US Mail on this same date to: the Debtor(s), his/her/their attorney the objected claimant and its counsel of record (if any) and are hereby notified that unless an opposition to this motion is submitted in writing within 30 days from the date appearing in the certificate of service,infra, the Court may grant this motion without the need of an actual hearing. (See attached Verified Statement)

DATE: September 04, 2009

/s/ José R. Carrión
José R. Carrión, Trustee
PO Box 9023884, Old San Juan
San Juan, PR 00902-3884
Tel. (787) 977-3535
Fax  (787) 977-3550

VERIFIED STATEMENT

The undersigned, of legal age and as employee of Jose R. Carrion, Chapter 13 Trustee Office, hereby certifies that on this same date, I personally and duly notified a true and exact copy of the attached motion to each party below listed.

ADNER A RODRIGUEZ
HEDERKA ORTIZ MEDINA
PASEO DEL PARQUE
L-22 CALLE FLAMBOYAN
JUANA DIAZ, PR  00795

FRANCISCO I CERVONI HNDEZ*
PO BOX 370
MERCEDITA, PR  00715-0370

ADNER A RODRIGUEZ & HEDERKA ORTIZ
MEDINA
PASEO DEL PARQUE
L-22 CALLE FLAMBOYAN
JUANA DIAZ, PR  00795

In San Juan, Puerto Rico this Friday, September 4, 2009.

*Olga Sosa*
_____
Chapter 13 Clerk